**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**
**CIVIL ACTION NO. \_\_\_\_**
*Filed Electronically*

**In re: 117 Wilson Street, Berea, Kentucky 40403**

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |

VS.

NICHOLAS PETERS
**Serve via Secretary of State:**   24203 88th Ave. E.
                                    Graham, WA 98338

SAMANTHA PETERS
**Serve via Secretary of State:**   24203 88th Ave. E.
                                    Graham, WA 98338

| | |
|---|---|
| FEDERATION OF APPALACHIAN HOUSING ENTERPRISES, INC. | DEFENDANTS |

**Serve via Certified Mail:**   Sara A. Morgan
                                Registered Agent
                                319 Oak Street
                                Berea, KY 40403

**<u>COMPLAINT</u>**

\*\*\*\*\*\*\*\*

Comes now the Plaintiff, the United States of America, by and through counsel, and for its Complaint and cause of action against the Defendants states as follows:

1. This real estate foreclosure action is brought by the United States of America, on behalf of its Department of Agriculture, Rural Housing Service ("RHS") a/k/a Rural Development ("RD"), pursuant to Title 28, United States Code, § 1345.

2. This Court has jurisdiction over this matter under 28 U.S.C. § 1345 because this action is commenced by the United States of America.  Venue is proper in the District Court of the Eastern District of Kentucky under 28 U.S.C. § 1391 as the property in question is situated in this District.

3. On or about August 12, 2011, Nicholas Peters, ("Defendant"), for value received, executed and delivered to RHS a promissory note (hereinafter "Note") in the principal amount of $100,000.00, bearing interest at the rate of 4.2500 percent per annum, the Note calling for monthly payments of principal and interest.  A copy of the Note is attached hereto marked **Exhibit A**, and is hereby incorporated by reference as if set forth at length herein.

4. Contemporaneously with the execution of the Note, Defendants Nicholas Peters and Samantha Peters, his wife, executed, acknowledged and delivered to RHS a real estate mortgage (hereinafter "Mortgage"), which was recorded on August 16, 2011, in Mortgage Book 1407, Page 113, in the Commonwealth of Kentucky, Madison County Clerk's Office.  In and by this Mortgage, Defendant, granted to RHS a first mortgage lien against the therein-described real property (the "Property") located in Madison County, Kentucky.  A copy of the Mortgage is attached hereto marked **Exhibit B,** and is hereby incorporated by reference as if set forth at length herein.

5. Contemporaneously with the execution of the Note and Mortgage, Defendant executed, acknowledged and delivered to RHS a Subsidy Repayment Agreement (hereinafter

"Subsidy Agreement"). A copy of the Subsidy Agreement is attached hereto marked **Exhibit C**, and is hereby incorporated by reference as if set forth at length herein.

6. By virtue of all of the foregoing, the real property which is the subject of this mortgage foreclosure action consists of a tract of land located in Madison County, Kentucky, and more particularly described as follows:

> **Three lots or parcels of land situated in Berea, Madison County, Kentucky, on the South side of Wilson Street extended and being Lots Number One (1), Two (2) and Three (3) of the Smallwood Subdivision Addition to the City of Berea as shown by the plat recorded in Plat Book 2, page 53 in the Madison County Clerk's office, each of said lots have a frontage on Wilson Street, 26 feet each, for a total of 78 feet, plat is made a reference for a more particular description.**
>
> **Being the same property conveyed to Kermit P. Cornett and Ethel Cornett, husband and wife, by Deed dated July 17, 1992 and recorded in Deed Book 426, page 338 in the Madison County Clerk's office. Kermit P. Cornett died February 9, 2007 and Ethel Cornett became the sole owner of the said property by virtue of survivorship language contained in said Deed. Ethel Cornett (aka Ethel Cornette) died November 29, 2010. She devised the property to Armenta Mullins, Sammy Cornett, Swanny Cornette and Rocky Cornette. See Will recorded in Will Book 59, page 608 in the Madison County Clerk's office.**
>
> **Being the same property conveyed to Nicholas Peters, a married person, by Deed dated August 12, 2011 and recorded simultaneously herewith in Deed Book 670, page 216 in the Madison County Clerk's office.**

7. Defendants have failed and continue to fail to make payments of principal and interest due in accordance with the terms and conditions of the Note and Mortgage and are therefore in default.

8. Paragraph 22 of the Mortgage provides that if default occurs in the performance or discharge of any obligation of the Mortgage, then the United States, acting through RHS, shall have the right to accelerate and declare the entire amount of all unpaid

principal together with all accrued and accruing interest to be immediately due and payable and to bring an action to enforce the Mortgage, including the foreclosure of the lien thereof. Because of the Default of Defendants, as set forth above, RHS caused a Notice of Acceleration of Indebtedness and Demand for Payment to be issued to said Defendants declaring the entire indebtedness due upon the Note and Mortgage to be immediately due and payable, which demand has been refused.

9. Paragraph 1 of the Subsidy Agreement provides that subsidy received in accordance with a loan under §502 of the Housing Act of 1949 is repayable to the Government upon the disposition or non-occupancy of the security property.

10. The unpaid principal balance on the Mortgage and Note is $91,922.81 with accrued interest of $4,024.43 through September 23, 2017, together with a total subsidy granted of $8,273.28, late charges in the amount of $94.00, and fees assessed of $3,590.42, for a total unpaid balance due of $107,904.94, as of September 23, 2017. An Affidavit of Proof of Statement of Account signed by RD, Foreclosure Representative, Vickie Jones, is attached hereto and marked **Exhibit D,** and is hereby incorporated by reference as if set forth at length herein.

11. Included within the balance set out in Paragraph 10 above, the portion of the debt attributable to the Mortgage secured by the real estate collateral is the principal sum of $91,922.81, with interest accrued thereon of $4,024.43 through September 23, 2017. Interest is accruing on the unpaid principal balance at a rate of $11.1176 per day after September 23, 2017.

12. The Defendant, Federation of Appalachian Housing Enterprises, Inc., may claim an interest in the Property by virtue of a Mortgage lien, which was recorded on August 16,

2011, in Mortgage Book 1407, Page 120, in the Commonwealth of Kentucky, Madison County Clerk's Office, a copy of which is attached hereto as **Exhibit E**, and is incorporated by reference as if set forth at length herein. The interest of Federation of Appalachian Housing Enterprises, Inc., is inferior in rank and subordinate in priority to the first mortgage lien on the property in favor of RHS. RHS is entitled to a foreclosure sale of the property free and clear of any interest therein or claim thereon in favor of Defendant, Appalachian Housing Enterprises, Inc., and the Plaintiff calls upon said Defendant to come forth and assert its interest in or claim upon the property, if any, and offer proof thereof, or be forever barred.

13. The Property is indivisible and cannot be divided without materially impairing its value and the value of RHS's lien thereon.
14. The lien on the Property in favor of RHS by virtue of the Mortgage is first, prior and superior to all other claims, interests and liens in and to the Property except for liens securing the payment of ad valorem property taxes.
15. There are no other individuals or entities purporting to have an interest in the Property known to the Plaintiff.

WHEREFORE, Plaintiff, the United States of America, on behalf of RHS, demands relief as follows:

    a. That RHS be awarded a judgment against the interest of the Defendant(s) in the Property in the principal amount of $91,922.81, plus interest in the amount of $4,024.43, as of September 23, 2017, together with a total subsidy granted of $8,273.28, late charges of $94.00, and fees assessed of $3,590.42, for a total unpaid balance of $107,904.94, as of September 23, 2017, with interest

    accruing at the daily rate of $11.1176 from September 23, 2017, until the date of entry of Judgment, and interest thereafter accruing according to law, plus costs, disbursements, attorney's fees, and expenses.

b. That RHS be adjudged a lien on the Property, prior and superior to any and all other liens, claims, interests, and demands, except liens for unpaid real estate and ad valorem taxes; and for an Order of Sale of the Property in accordance with Title 28 U.S.C. §§ 2001-2003; that the Property be sold free and clear of any and all liens and claims for any and all parties to this action, except for real estate restrictions and easements of record, and liens for any city, state, county, or school ad valorem taxes which may be due and payable at the time of sale; and free and clear of any rider equity redemption; and that the proceeds from the sale be applied first to the costs of this action, second to the debt, interest, costs and fees due to the Plaintiff, with the balance remaining to be distributed to the parties as their liens or interests may appear;

c. That the Property be adjudged indivisible and sold as a whole;

d. That the Defendants be required to answer and set up their respective liens, claims, or interests in and to the Property, if any, or be forever barred, and that the foreclosure sale of the Property be free and clear of all such liens, claims and interests;

e. For any and all other lawful relief to which Plaintiff may appear properly entitled.

           Respectfully Submitted,

           /s/ A. George Mason, Jr.
           A. George Mason, Jr.
           Attorney for the Plaintiff
           KBA No. 44596
           George Mason Law Firm, PSC
           4048 Peppertree Drive
           Lexington, KY 40513
           Phone: (859) 224-8277
           Fax: (859) 296-2998
           Email: george@georgemasonlf.com

**THIS COMMUNICATION FROM A DEBT COLLECTOR IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**