

Alison Lundergan Grimes
Secretary of State

**Commonwealth of Kentucky**
**Office of the Secretary of State**

Summons Division
PO BOX 718
FRANKFORT, KY 40602-0718
Phone: (502) 564-3490
Fax: (502) 564-5687

U. S. District Court
Eastern District
101 Barr St.
Lexington, KY 40507

DEC 28 2017

Eastern District of Kentucky
F I L E D

DEC 2 8 2017

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

FROM: SUMMONS DIVISION
SECRETARY OF STATE

RE: CASE NO: 5:17-CV-431-DCR

DEFENDANT: **NICHOLAS PETERS**

DATE: December 21, 2017

The Office of the Secretary of State was served with a summons and accompanying documents for the captioned defendant on

November 15, 2017

This office served the defendant by sending a copy of the summons and accompanying documents via certified mail, return receipt requested, on

November 15, 2017

We are enclosing the return receipt confirming receipt of summons.



**SON LUNDERGAN GRIMES
SECRETARY OF STATE**

P.O. Box 718
Frankfort, Kentucky 40602-0718

☑ **REGISTER TO VOTE**

CERTIFIED MAIL

7000 2217 8148

NICHOLAS PETERS
24203 88TH AVE. E.
GRAHAM, WA 98338

LEXINGTON P&DC 40511
THU 16 NOV 2017 PM

RESTRICTED DELIVERY

NIXIE 980 DE 1 0012/15/17
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD