Alison Lundergan Grimes
Secretary of State

**Commonwealth of Kentucky**
**Office of the Secretary of State**

Summons Division
PO BOX 718
FRANKFORT, KY 40602-0718
Phone: (502) 564-3490
Fax: (502) 564-5687

U. S. District Court
Eastern District
101 Barr St.
Lexington, KY 40507

Eastern District of Kentucky
**F I L E D**

DEC 2 8 2017

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

FROM:          SUMMONS DIVISION
               SECRETARY OF STATE

RE:            CASE NO: 5:17-CV-431-DCR

DEFENDANT:  **SAMANTHA PETERS**

DATE:          December 21, 2017

The Office of the Secretary of State was served with a summons and accompanying documents for the captioned defendant on

November 15, 2017

This office served the defendant by sending a copy of the summons and accompanying documents via certified mail, return receipt requested, on

November 15, 2017

We are enclosing the undelivered letter bearing the postal mark:

UNCLAIMED

# Kentucky
UNBRIDLED SPIRIT

## ON LUNDERGAN GRIMES
### SECRETARY OF STATE

P.O. Box 718
Frankfort, Kentucky 40602-0718

## REGISTER TO VOTE

CERTIFIED MAIL

7017 2680 0000 2217 8155

neopost
11/16/2017
US POSTAGE $011.05

ZIP 40601
041M11260793

SAMANTHA PETERS
24203 88TH AVE. E.
GRAHAM, WA 98338

NIXIE        980   D2 1        0012/13/17

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 40602071818     0127N349204-01219

12-7
12-10

RESTRICTED
DELIVERY

THU 16 NOV 2017
LEXINGTON P&DC 40511

UNC