UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 17-431-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| NICHOLAS PETERS, et al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The United States filed this foreclosure action on October 30, 2017. [Record No. 1] Summons was returned executed as to Defendant Federation of Appalachian Housing Enterprises, Inc. on December 19, 2017. [Record No. 7] Summons was returned completed regarding Defendants Nicholas Peters and Samantha Peters on December 28, 2017. [Record Nos. 8, 9] No action, however, has occurred since December 2017.

Accordingly, it is hereby

**ORDERED** that Plaintiff United States is directed to **SHOW CAUSE** on or before **MARCH 14, 2018**, why this matter should not be dismissed for failure to prosecute.

This 7th day of March, 2018.



- 1 -