UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 17-431-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| NICHOLAS PETERS, et al., | ) | **SHOW CAUSE ORDER** |
| | ) | |
| Defendants. | ) | |

*** *** *** ***

The United States moved for entry of default on March 14, 2018. [Record No. 12] The Clerk of Court entered default the following day. [Record No. 14] However, no action has taken place since March 2018. In fact, there has been a pattern of delay in prosecuting this action. The Court previously entered a Show Cause Order in March 2018, after no action occurred for three months. [Record No. 10] In response, counsel for the United States stated that, "[i]mmediately upon Entry of Default, Plaintiff will proceed with this action accordingly." [Record No. 11] Accordingly, it is hereby

**ORDERED** that a hearing will be held in this matter on **Monday, July 9, 2018**, beginning at the hour of **11:00 a.m.**, at the United States Courthouse in Lexington, Kentucky. The United States will be directed to show cause why this matter should not be dismissed for failure to prosecute.

- 2 -

This 6th day of July, 2018.



Signed By:
Danny C. Reeves   DCR
United States District Judge